1   **WO**

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                       FOR THE DISTRICT OF ARIZONA

9

10  United States of America,            )    No. 06-6115M
                                          )
11              Plaintiff,                )    **MATERIAL WITNESS ORDER**
                                          )
12  vs.                                   )
                                          )
13  Sabino Ramirez-Santos,                )
                                          )
14              Defendant.                )
                                          )
15  _____     )

16

17        Defendant, Sabino Ramirez-Santos having been charged in the District of Arizona

18  with a violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and the Magistrate

19  Judge having determined from the affidavit of Luis Armendariz, Senior Patrol Agent,  filed

20  in this case, the following person can provide testimony that is material to the offense alleged

21  in the complaint:

22        Maurillo Feliciano-Solano

23        The Magistrate Judge finds that it may become impracticable to secure the presence

24  of the witness by subpoena in further proceedings because they are not in the United States

25  legally and have no legal residence or employment in this Country.

26        **IT IS ORDERED** that the witness shall be detained pursuant to 18 U.S.C. § 3144 in

27  a corrections facility separate, to the extent practicable, from persons awaiting or serving

28

1   sentences or being held in custody pending appeal.  The witness shall be afforded a

2   reasonable opportunity for private consultation with counsel.

3          DATED this 7th day of June, 2006.

4

5

6   _____

                David K. Duncan
            United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28